DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RYAN K. OLIVER,

Appellant,

v.

CASIE MEZ,

Appellee.

No. 2D2024-2893

_____

October 1, 2025

Appeal from the Circuit Court for Hillsborough County; James Shelton Moody III, Judge.

Ryan K. Oliver, pro se.

Allison M. Perry of Florida Appeals, P.A., Tampa, for Appellee.


PER CURIAM.

Ryan K. Oliver appeals from a supplemental final judgment modifying child support. We affirm but remand for the trial court to correct the scrivener's error in the concluding sentence of the prefatory paragraph.

Affirmed; remanded with directions.

LUCAS, C.J., and KELLY and KHOUZAM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.